IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ICEPIECE, INC.. | § § § | |
| Plaintiff,, | § § | |
| vs. | § § | CIVIL ACTION NO._____ |
| WELLS FARGO BANK, N.A. d/b/a NATIONAL PAYMENT PROCESSING, | § § § § | |
| Defendant.. | § § | |

# EXHIBIT A

## INDEX OF DOCUMENTS IN STATE COURT ACTION

| NO. | DESCRIPTION | DATE FILED |
|---|---|---|
| 1 | Register of Actions [Case Docket Sheet] | As of 09/29/2014 |
| 2 | Plaintiff's Original Petition | 08/01/14 |
| 3 | Citation issued on Wells Fargo Bank, N.A. | 08/05/14 |
| 4 | Return of Service | 09/12/14 |
| 5 | Rule 11 Agreement | 09/18/14 |

# REGISTER OF ACTIONS
### CASE NO. CC-14-03853-B

| | |
|---|---|
| ICEPIECE, INC. vs. WELLS FARGO BANK, N.A., DOING BUSINESS AS NATIONAL PAYMENT PROCESSING § § § § § | Case Type: **DEBT/CONTRACT**<br>Subtype: **AGREEMENT**<br>Date Filed: **08/01/2014**<br>Location: **County Court at Law No. 2** |

---

## PARTY INFORMATION

**Lead Attorneys**

DEFENDANT   WELLS FARGO BANK, N.A. *DOING BUSINESS AS* NATIONAL PAYMENT PROCESSING

PLAINTIFF   ICEPIECE, INC.                                                          STEPHEN D STEPHENS
                                                                                     *Retained*
                                                                                     972-221-4621(W)

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 08/01/2014 | NEW CASE FILED (OCA) |
| 08/01/2014 | ORIGINAL PETITION |
| | *Original Petition for Damages- NO COPY FEE OR CITATION REC'D (SONYA)* |
| 08/04/2014 | CORRESPONDENCE |
| | *Copy fee of $3 and citation fee of $4* |
| 08/05/2014 | ISSUE CITATION |
| 08/05/2014 | CITATION (SERVICE) |
| | PLACE IN ATTY PU BOX |
| | WELLS FARGO BANK, N.A.    Served    08/29/2014 |
| | Returned    09/12/2014 |
| 09/12/2014 | RETURN OF SERVICE |
| 09/18/2014 | RULE 11 AGREEMENT |
| 11/07/2014 | DISMISSAL HEARING  (9:00 AM) (Judicial Officer FIFER, KING) |

---

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | PLAINTIFF ICEPIECE, INC. | | |
| | Total Financial Assessment | | 269.00 |
| | Total Payments and Credits | | 269.00 |
| | **Balance Due as of 09/29/2014** | | **0.00** |
| 08/01/2014 | Transaction Assessment | | 262.00 |
| 08/01/2014 | CREDIT CARD - TEXFILE (CC)   Receipt # CV-2014-09870 | ICEPIECE, INC. | (262.00) |
| 08/05/2014 | Transaction Assessment | | 7.00 |
| 08/05/2014 | CREDIT CARD - TEXFILE (CC)   Receipt # CV-2014-10013 | ICEPIECE, INC. | (7.00) |

EXHIBIT
A-1

http://courts.dallascounty.org/CaseDetail.aspx?CaseID=4921331                                       9/29/2014

CAUSE NO. **CC-14-03853-B**

| | | |
|---|---|---|
| ICEPIECE, INC. | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. **2** |
| | § | |
| WELLS FARGO BANK, N.A. d/b/a | § | |
| NATIONAL PAYMENT PROCESSING | § | DALLAS COUNTY, TEXAS |

### ORIGINAL PETITION FOR DAMAGES

Comes Now, Icepiece, Inc., a Texas Corporation, hereinafter referred to as Plaintiff, complaining of Wells Fargo Bank, N.A. d/b/a National Processing Service, a corporation, hereinafter referred to as Defendant, and in support thereof shows the Court the following:

### I.
### DISCOVERY

Discovery should be conducted under Level 2 of Rule 190.I of the Texas Rules of Civil Procedure.

### II.
### IDENTITY OF PARTIES

This suit is brought by Icepiece, Inc., a Texas corporation, whose principal place of business is 259 Serenity Ct., Coppell, Texas 75019.

Defendant, Wells Fargo Bank, N.A. d/b/a National Processing Comp[any can be served with citation by serving its Texas registered agent, Corporation Service Company at 211 E. 7th St., Suite 620, Austin, Texas, 78701-3218 or wherever it may be found.

### III.
### VENUE

Venue is proper in Dallas County, Texas pursuant to Civil Practice and Remedies Code, Section 15.035.

sdstephens3505@yahoo.com

EXHIBIT
A-2

## IV.
## CAUSE OF ACTION

On or about December 12, 2012 Plaintiff entered into a contractual agreement with Defendant for Defendant to process (settle) credit card purchases from Plaintiff's customers. Over the period December 12, 2012 to September 10, 2013 Plaintiff had 364 visits to its shopping cart for which it received no payment.

On or about September 10, 2013 Plaintiff discussed this with a representative of Defendant, and was told that Plaintiff's account with Defendant had never been activated, even though Plaintiff had paid Defendant every month for the service.

Due to Defendant's failure to activate Plaintiff's account, Plaintiff's customers could not purchase merchandise from Plaintiff and Plaintiff was damaged in the amount of $370,231.20.

## V.
## DAMAGES

On September 19, 2013 Plaintiff made demand on Defendant to pay Plaintiff its damages of $370,231.20, but to-date payment has not been made.

## VI.
## ATTORNEY'S FEES

Because of Defendant's failure to pay Defendant, Defendant's damages, Plaintiff has had to employ the undersigned attorney to prosecute this matter, and has promised to pay said attorney a reasonable and customary fee.

## PRAYER

Wherefore, Premises Considered, Plaintiff prays that:

1. Defendant be cited to appear and answer herein;

2. Plaintiff be granted a judgment against Defendant for actual damages of $370,231.20;

3. Plaintiff be granted judgment for prejudgment interest as allowed by law;

4. Plaintiff be granted judgment for reasonable attorney's fees;

5. Plaintiff be granted judgment for all costs of court;

6. Plaintiff be granted judgment for postjudgment interest allowed by law; and

7. Plaintiff be granted such other and further relief, special or general, legal or equitable as Plaintiff may be justly entitled.

Respectfully submitted,

_____
Stephen D. Stephens
Attorney for Plaintiff
State Bar No. 19161000
3505 Yucca Dr.
Suite 118
Flower Mound, Texas 75028
Telephone (972) 221-4621
Email: sdstephens3505@yahoo.com


EXHIBIT
A-2

Came to hand 8-28-14 @ 12:20pm  Delivered 8-29-14 @ 2:30pm

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-14-03853-B
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

WELLS FARGO BANK, N.A. D/B/A NATIONAL PAYMENT PROCESSING
SERVE THROUGH ITS REGISTERED AGENT
CORPORPORATION SERVICE COMPANY
211 E. 7TH ST., SUITE 620
AUSTIN TX 78701-3218

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and Original Petition for Damages, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

ICEPIECE, INC.
*Plaintiff(s)*

VS.

WELLS FARGO BANK, N.A. D/B/A NATIONAL PAYMENT PROCESSING
*Defendant(s)*

filed in said Court on the 1st day of August, 2014 a copy of which accompanies this citation.

WITNESS: JOHN F. WARREN, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 5th day of August, 2014 A.D.

JOHN F. WARREN, Dallas County Clerk

By ___Sonya Harris___, Deputy
Sonya Harris

---

| ATTORNEY |
|---|
| **CITATION** |
| CC-14-03853-B |
| IN THE COUNTY COURT OF DALLAS County Court at Law No. 2 Dallas County, Texas |
| ICEPIECE, INC., *Plaintiff(s)* |
| VS. |
| WELLS FARGO BANK, N.A. D/B/A NATIONAL PAYMENT PROCESSING, *Defendant(s)* |
| **SERVE:** WELLS FARGO BANK, N.A. SERVE THROUGH ITS REGISTERED AGENT CORPORPORATION SERVICE COMPANY 211 E. 7TH ST., SUITE 620 AUSTIN TX 78701-3218 |
| **ISSUED THIS** 5th day of August, 2014 |
| John F. Warren, County Clerk By: Sonya Harris, Deputy |
| Attorney for Plaintiff |
| STEPHEN D STEPHENS 3505 YUCCA DR., SUITE 118 FLOWER MOUND, TEXAS 75028 972-221-4621 |

# OFFICER'S RETURN

CC-14-03853-B  County Court at Law No. 2

ICEPIECE, INC. vs. WELLS FARGO BANK, N.A., DOING BUSINESS AS NATIONAL PAYMENT PROCESSING

**ADDRESS FOR SERVICE:**
SERVE THROUGH ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
211 E. 7TH ST., SUITE 620
AUSTIN TX 78701-3218

**Fees:**

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to WELLS FARGO BANK, N.A. D/B/A NATIONAL PAYMENT PROCESSING in person, a true copy of this Citation together with the accompanying copy of the Original Petition for Damages Petition with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Serving Petition and Copy  $_____     _____, Officer

Total  $_____     _____, County, Texas

By: _____, Deputy

_____, Affiant

FILED
9/12/2014 8:44:31 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# AFFIDAVIT

## CAUSE NO. CC-14-03853-B

Came to my hand 08/28/2014 at 12:00 PM

- Citation
- Original Petition for Damages

Executed by me on 08/29/2014 at 02:30 PM

Executed at 211 E. 7th St., #620, Austin, TX 78701 within the county of Travis, by delivering to Wells Fargo Bank, N.A. D/B/A National Payment Processing, via its registered agent, Corporation Service Company and accepted by Sue Vertroos, in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

By: _____
Corin E. Sparre
SCH-5625 exp. 9/30/15
SPARRE PROCESS SERVING

**STATE OF TEXAS**

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his/her personal knowledge to be true and correct.

SUBSCRIBED AND SWORN TO BY Corin E. Sparre, on this the 1st day of September, 2014 to attest witness my hand and seal of office.

_____
Notary Public in and
for the State of Texas



TRENT A. DAVIS, II
Notary Public, State of Texas
My Commission Expires
April 01, 2018



EXHIBIT
A-4

sdstephens3505@yahoo.com

# THE STATE OF TEXAS
# CITATION

CAUSE NO. CC-14-03853-B
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

WELLS FARGO BANK, N.A. D/B/A NATIONAL PAYMENT PROCESSING
SERVE THROUGH ITS REGISTERED AGENT
CORPORPORATION SERVICE COMPANY
211 E. 7TH ST., SUITE 620
AUSTIN TX 78701-3218

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and Original Petition for Damages, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

ICEPIECE, INC.
*Plaintiff(s)*

VS.

WELLS FARGO BANK, N.A. D/B/A NATIONAL PAYMENT PROCESSING
*Defendant(s)*

filed in said Court on the 1st day of August, 2014 a copy of which accompanies this citation.

WITNESS: JOHN F. WARREN, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas and issued this 5th day of August, 2014 A.D.

JOHN F. WARREN, Dallas County Clerk

By _____, Deputy
Sonya Harris



---

## ATTORNEY CITATION

CC-14-03853-B

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

ICEPIECE, INC., *Plaintiff(s)*

VS.

WELLS FARGO BANK, N.A. D/B/A
NATIONAL PAYMENT PROCESSING,
*Defendant(s)*

SERVE:
WELLS FARGO BANK, N.A.
SERVE THROUGH ITS
REGISTERED AGENT
CORPORPORATION SERVICE
COMPANY
211 E. 7TH ST., SUITE 620
AUSTIN TX 78701-3218

ISSUED THIS
5th day of August, 2014

John F. Warren, County Clerk
By: Sonya Harris, Deputy

Attorney for Plaintiff

STEPHEN D STEPHENS
3505 YUCCA DR., SUITE 118
FLOWER MOUND, TEXAS 75028
972-221-4621

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

FILED
9/18/2014 2:39:59 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY



**JACKSON WALKER L.L.P.**

ATTORNEYS & COUNSELORS

Christopher R. Bankler
(214) 953-6053 (Direct Dial)
(214) 661-6853 (Direct Fax)
cbankler@jw.com

September 18, 2014

*Via Electronic Mail*
Stephen D. Stephens
3505 Yucca Drive
Suite 118
Flower Mound, TX 75028
sdstephens3505@yahoo.com

    Re:   *Icepiece, Inc. v. Wells Fargo Bank, N.A.*; Cause No. CC-14-03853-B;
           Pending in County Court at Law No. 2, Dallas County, Texas

Dear Mr. Stephens:

    I am writing to confirm our agreement for an extension of time for defendant sued as Wells Fargo Bank, N.A. d/b/a National Payment Processing ("Defendant") to answer or otherwise plead in the above referenced matter. Pursuant to our agreement, Defendant has until October 6, 2014 to answer or otherwise plead. By this extension, Defendant is not waiving any defenses that it may have to the above referenced matter, including defenses based on jurisdiction, venue, service, first-filed rule, or any other defenses.

    If this letter accurately reflects our agreement, please confirm the agreement by signing this Rule 11 letter where indicated below and returning your signature to my attention.

    Should you have any questions or comments regarding this matter, please do not hesitate to contact me.

                          Sincerely,

                           */s/ Christopher Bankler*

                           Christopher R. Bankler

AGREED:

_____
Mr. Stephen D. Stephens
Counsel for Plaintiff

EXHIBIT A-5

901 Main Street, Suite 6000 • Dallas, Texas 75202 • (214) 953-6000 • fax (214) 953-5822

www.jw.com • Austin • Dallas • Fort Worth • Houston • San Angelo • San Antonio • Texarkana • Member of GLOBALAW™

1