UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICEPIECE INC,<br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK NA,<br>        Defendant. | Case No. 15-cv-00653-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On August 1, 2014, Plaintiff Icepiece Inc. filed a complaint for breach of contract in the County Court at Law No. 2 of Dallas County, Texas. On September 29, 2014, Defendant Wells Fargo Bank NA removed the case to the Northern District of Texas, Dallas Division, Case No. 3:14-cv-03528-BN. Dkt. No. 1. On December 9, 2014, Defendant filed a Motion To Transfer Venue Pursuant to 28 U.S.C. § 1404, arguing that the parties' contract contained a venue provision requiring that any claims arising under the contract shall be brought in the appropriate state or federal court located in Marin County, California. Dkt. No. 6. As Plaintiff did not file any response to the motion by the December 30, 2014 deadline, the District Court in Texas extended Plaintiff's response deadline to January 20, 2015. Dkt. No. 10. Plaintiff still did not respond to the motion, and the court granted it on February 9, 2015. Dkt. No. 11.

After the case was transferred to this District, the Court scheduled a Case Management Conference for May 14, 2015, and ordered the parties to file a Case Management Statement by May 7. Dkt. No. 13. Defendant obtained California counsel and filed a Substitution of Counsel on April 29, 2015. Dkt. No. 14. Plaintiff, however, has not filed any substitution of attorneys.

On May 6, 2015, Defendant filed a Rule 26(f) Report, in which Defendant states that it has attempted on numerous occasions to hold a Rule 26 meet and confer and/or discuss the case with

Plaintiff's Texas counsel, but has received no response. Dkt. No. 18. Defendant includes multiple email communications sent by Defendant's counsel to Plaintiff's counsel requesting that the parties engage in a "meet and confer" process in advance of filing a Rule 26(f) report. *Id.*, Ex. 1. Defendant states that it received no response to these emails, from Plaintiff, its Texas counsel, or any new California counsel purporting to represent Plaintiff. Plaintiff has made no appearance in the case since its transfer to this District.

Accordingly, the Court VACATES the May 14, 2015 Case Management Conference and ORDERS Plaintiff Icepiece Inc to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 21, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 4, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ICEPIECE INC,

    Plaintiff,

v.

WELLS FARGO BANK NA,

    Defendant.

Case No. 15-cv-00653-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/8/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Dennis Stephens
Law Office of Stephen D Stephens
3505 Yuca Dr
Suite 118
Fower Mound, TX 75028

Dated: 5/8/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

3