United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ICEPIECE, INC.,

         Plaintiff,

  v.

WELLS FARGO BANK, NA,

         Defendant.

_____/

No. C 15-0653 MMC

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND
RECOMMENDATION; DISMISSING
CASE WITHOUT PREJUDICE**

      Before the Court is Magistrate Judge Maria Elena-James's Report and
Recommendation, filed May 26, 2015, by which said Magistrate Judge recommends the
Court dismiss the above-titled matter without prejudice, for failure to prosecute and failure
to comply with the court's deadlines and orders.  No objections to the Report and
Recommendation have been filed.

      Having reviewed the matter de novo, the Court, for the reasons expressed therein,
hereby ADOPTS the Report and Recommendation in its entirety.

      Accordingly, the above-titled matter is hereby DISMISSED without prejudice.

      **IT IS SO ORDERED.**

Dated: June 12, 2015

_____
MAXINE M. CHESNEY
United States District Judge